**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RALPH D. HOOKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-26-72-G** |
| | ) |
| **JOEL BOTTOMS et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Ralph D. Hooker filed this federal civil rights action and applied for leave to proceed *in forma pauperis*. On February 5, 2026, Magistrate Judge Shon T. Erwin issued a Report and Recommendation (Doc. No. 6) recommending that Plaintiff's request for leave to proceed *in forma pauperis* be denied.

In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation by February 19, 2026. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

Plaintiff did not file an objection to the Report and Recommendation or otherwise challenge Judge Erwin's findings and conclusions. Plaintiff instead submitted a Motion for Extension of Time (Doc. No. 7) requesting additional time to submit the full filing fee.

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 6) in its entirety. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 5) is DENIED.

Plaintiff's Motion for Extension of Time (Doc. No. 7) is GRANTED.  Plaintiff must pay the $405.00 filing fee in full to the Clerk of the Court no later than June 1, 2026.  If Plaintiff fails to timely pay the filing fee or show good cause for failing to do so, this action shall be subject to dismissal without prejudice.  *See* LCvR 3.3(e).

IT IS SO ORDERED this 23rd day of April, 2026.

CHARLES B. GOODWIN
United States District Judge

2