**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RALPH D. HOOKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. CIV-26-72-G |
| | ) |
| JOEL BOTTOMS et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On January 16, 2026, Plaintiff Ralph D. Hooker filed this federal civil rights action and applied for leave to proceed *in forma pauperis*. On April 23, 2026, the Court denied Plaintiff's application for leave to proceed *in forma pauperis* and advised Plaintiff that unless he paid the $405.00 filing fee to the Clerk of Court on or before June 1, 2026, or showed good cause for his failure to do so, this action was subject to dismissal without prejudice. *See* Order of Apr. 23, 2026 (Doc. No. 8).

As of this date, Plaintiff has not submitted the required filing fee, shown good cause for his failure to do so, or otherwise been in contact with the Court. Plaintiff has had "ample time" to ensure compliance but has instead chosen to disregard the Court's Order. *Soeken v. Estep*, 270 F. App'x 734, 736 (10th Cir. 2008). Further, "[a] district court possesses broad discretion in determining whether to dismiss a petition without prejudice for failing to comply with court orders." *Id.* at 735-36; *see also Robledo-Valdez v. Smelser*, 593 F. App'x 771, 775 (10th Cir. 2014). Accordingly, dismissal of this matter is warranted. *See* LCvR 3.3(e) (prescribing that if an *in forma pauperis* application is denied, the

litigant's "[f]ailure to pay the filing fees by the date specified, to seek a timely extension within which to make the payment, or to show cause in writing by the date specified for payment" "shall be cause for dismissal of the action without prejudice to refiling").

CONCLUSION

For the foregoing reasons, the Complaint (Doc. No. 1) in this matter is DISMISSED without prejudice.  A separate judgment shall be entered.

IT IS SO ORDERED this 7th day of July, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2